# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
APR 18 2022
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

Received
2022 MAR 10 PM 1:57

UNITED STATES OF AMERICA

VS.                                            NO.  4:22-CR-00062 DPM

Johntae Anthony Henry

1395738   91219-509

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE CUSTODIAL AUTHORITY at the Pulaski County Detention Facility and
TO THE UNITED STATES MARSHAL FOR THE EASTERN DISTRICT OF ARKANSAS:

GREETINGS:

    We command that you surrender the body of Johntae Anthony Henry detained in the Pulaski County Detention Facility, Little Rock, Arkansas in your custody, under safe and secure conduct, to the custody of the United States Marshal for the Eastern District of Arkansas, and the said Marshal is directed to produce the body of the Defendant before this Court on March 24, 2022 at 2:00pm, before the Honorable J. Thomas Ray, and after the proceedings have been concluded, that you return Johntae Anthony Henry to Pulaski County Detention Facility under safe and secure conduct.

    IN WITNESS WHEREOF, I have set my hand and the seal of said court, this 10 March 2022.

_____
J. Thomas Ray
UNITED STATES MAGISTRATE JUDGE

A TRUE COPY I CERTIFY
TAMMY H. DOWNS, CLERK
By_____ D.C.

I HEREBY CERTIFY AND RETURN THAT I HAVE EXECUTED
(IN PART) THE WITHIN WRIT BY DELIVERING THE SAID:
(NAME) _____
FROM _Pulaski_ TO _Court & Back_
ON THIS DATE _3-24-22_
DEPUTY SIGNATURE AND DISTRICT:
_[signature]_

I HEREBY CERTIFY AND RETURN THAT I HAVE EXECUTED
(IN PART) THE WITHIN WRIT BY DELIVERING THE SAID:
(NAME) _____
FROM _____ TO _____
ON THIS DATE _____
DEPUTY SIGNATURE AND DISTRICT:

I HEREBY CERTIFY AND RETURN THAT I HAVE EXECUTED
(IN PART) THE WITHIN WRIT BY DELIVERING THE SAID:
(NAME) _____
FROM _____ TO _____
ON THIS DATE _____
DEPUTY SIGNATURE AND DISTRICT:

I HEREBY CERTIFY AND RETURN THAT I HAVE EXECUTED
(IN PART) THE WITHIN WRIT BY DELIVERING THE SAID:
(NAME) _____
FROM _____ TO _____
ON THIS DATE _____
DEPUTY SIGNATURE AND DISTRICT:

I HEREBY CERTIFY AND RETURN THAT I HAVE EXECUTED
(IN PART) THE WITHIN WRIT BY DELIVERING THE SAID:
(NAME) _____
FROM _____ TO _____
ON THIS DATE _____
DEPUTY SIGNATURE AND DISTRICT: